USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

**FELIX CASTRO**, on behalf of himself
and all others similarly situated,

                         Plaintiff,

-against-

**COMOTO HOLDINGS, LLC**

                         Defendant.
------------------------------------------------------------x

Case No.: 1:23-cv-07898-VEC

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
          January 12, 2024

Respectfully Submitted,

*/s/ Noor A. Saab*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
The Law Office of Noor A. Saab, Esq.
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

SO ORDERED.   1/17/2024

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1